IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                           No. CIV S-11-2759 KJM DAD

    v.

SAHOTA ENTERPRISES, INC., et al.,                ORDER TO SHOW CAUSE

        Defendants.

_____/

        On October 19, 2011, plaintiff filed a complaint against Sahota Enterprises, Inc. and Hopeful Enterprises, LLC, alleging that certain architectural features fail to satisfy the Americans With Disabilities Act.  On February 27, 2012, plaintiff requested the entry of default and on February 28, 2012, the Clerk of the Court entered default against both defendants.  Thereafter the court reset the scheduling conference from February 29 until May 17, 2012.  On May 9, 2012, plaintiff filed an individual status report, noting that the Clerk had entered default but also proposing a schedule for the litigation.   In light of the default, the court vacated the scheduling conference.   There has been no further activity in this case.

        IT IS THEREFORE ORDERED that within fourteen days of the date of this order why this case should not be dismissed for failure to prosecute.

DATED: January 5, 2013.

_____
UNITED STATES DISTRICT JUDGE