IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

     Plaintiff,   No. 2:11-cv-02759-KJM-DAD

     v.

SAHOTA ENTERPRISES, INC., et al.,   ORDER

     Defendants.

_____/

On October 19, 2011, plaintiff filed a complaint alleging that defendants violated the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et. seq.* (ECF 1.) Defendants did not file an answer. The Clerk of the Court entered default against both defendants on February 28, 2012. (ECF 8.) Plaintiff filed an individual status report on May 9, 2012, noting that defendants were in default. (ECF 11.) Since then, over seven months have passed, during which plaintiff has not moved for a default judgment.

On January 7, 2013, the court ordered plaintiff to show cause why this case should not be dismissed for failure to prosecute. (ECF 13.) On January 17, 2013, plaintiff moved for default judgment and filed a response to the court's order to show cause. Plaintiff responds that the delay resulted from settlement negotiations with defendants. (ECF 15 at 2.)

1  However, plaintiff also acknowledges that he has not directly communicated with defendants
2  since June 11, 2012 and has not received a response to the messages he has left for defendants.
3  (*Id.*)  While plaintiff reports discussions with defendants' assistant in mid-January 2013, he has
4  not provided any further report on the result of those discussions.  (*Id.*)  Plaintiff does not
5  adequately explain why he did not file a motion for default judgment before receiving the court's
6  order to show cause or why he should be allowed to proceed now.
7       It is therefore ordered that plaintiff's case is DISMISSED under Federal Rule of
8  Civil Procedure 41(b). This case is closed.
9  DATED:   February 6, 2013.

                                      UNITED STATES DISTRICT JUDGE